MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, SBN 257163
cgonell@morganlewis.com
JOHN D. HAYASHI, SBN 211077
jhayashi@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN HIGHTOWER and ANN ROSS, individually and on behalf of all other individuals similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-10, Inclusive<br><br>Defendants. | Case No. 11-CV-01802-PSG-PLAx<br><br>Hon. Philip S. Gutierrez<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'s SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[Local Rule 83-1.4] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

SUPPLEMENTAL NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

DB2/ 22680936.1

1  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
2  DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR
3  ATTORNEYS OF RECORD:
4      PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.4, Defendant
5  JPMorgan Chase Bank, N.A. ("Defendant") submits that the following action
6  pending in another district court involves a material part of the subject matter of the
7  present action by Plaintiffs:
8  **1.**    ***Khutoretsky v. J.P. Morgan Chase & Co.***
9      (a)    Description: *Khutoretsky v. J.P. Morgan Chase & Co.*, U.S. District
10  Court, Southern District of New York, Case No. 11-CV-4986.
11      (b)    Court: U.S. District Court, Southern District of New York.
12      (c)    Names of Parties: Plaintiffs:  Dennis Khutoretsky, Mikhail Lirman,
13  and Boris Shulman.  Defendant:  JPMorgan Chase & Co. (erroneously listed as
14  "J.P. Morgan Chase & Co.")
15      (d)    Identity of Attorneys:  For Plaintiffs: D. Maimon Kirschenbaum,
16  Joseph, Herzfeld, Hester & Kirschenbaum LLP, 233 Broadway, 5th Floor, New
17  York, New York 10279, Tel: 212-688-564, FAX: 212-688-2548; David Harrison,
18  Harrison, Harrison & Associates, Ltd., 14 Tindall Road, Middletown, NJ 07748,
19  Tel: 718-799-9111, FAX: 718-799-9171.
20      For Defendant:  Carrie A. Gonell, Morgan Lewis & Bockius, LLP, 5 Park
21  Plaza, Suite 1700, Irvine, CA 9261, (949) 399-7000.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

Morgan, Lewis & Bockius LLP
Attorneys At Law
Irvine

1

SUPPLEMENTAL NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

DB2/ 22680936.1

(e) <u>Brief factual statement</u>: The *Khutoretsky* action involves a putative collective class that is subsumed within the putative collective class alleged in this action. On September 23, 2011, the S.D.N.Y. granted Chase's Motion to Dismiss, Transfer, Or Stay, and ordered the *Khutoretsky* action transferred to the Central District of California.

Dated: September 23, 2011

MORGAN, LEWIS & BOCKIUS LLP

By  /S/ Carrie A. Gonell
    Carrie A. Gonell

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

2

SUPPLEMENTAL NOTICE OF PENDENCY
OF OTHER ACTIONS OR PROCEEDINGS

DB2/ 22680936.1