# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No.: | **CV 11-1802 PSG (PLAx)**<br>**CV 11-3428 PSG (PLAx)**<br>**CV 11-4294 PSG (PLAx)**<br>**CV 11-4450 PSG (PLAx)**<br>**CV 11-5646-PSG (PLAx)**<br>**CV 11-6061-PSG (FMOx)** | Date: | **September 26, 2011** |
|---|---|---|---|

| Title: | **EVAN HIGHTOWER,  ET AL. -VS- WASHINGTON MUTUAL BANK, ET AL.**<br>**KEMAH HENDERSON, ET AL  -VS-  JPMORGAN CHASE BANK, ET AL**<br>**CAROLYN SALAZAR  -VS-  JPMORGAN CHASE & CO., ET AL.**<br>**SIERRA ANN BUELNA  -VS-  JPMORGAN CHASE AND CO., ET AL.**<br>**ROGER AL-CHAIKH  -VS-  JPMORGAN CHASE BANK, NA, ET AL.**<br>**REGINA M SIMPSON ET AL -VS- JPMORGAN CHASE BANK, ET AL.** |
|---|---|

| Present: The Honorable: | **Philip S. Gutierrez, United States District Judge** |
|---|---|

| **Wendy K. Hernandez** | **Miriam Baird** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marcus Bradley<br>Kevin McInerney<br>Kevin Sullivan<br>Raul Perez<br>Suzy Lee<br>Sheldon Ostroff | Carrie Gonell |

| Proceedings: | **SCHEDULING CONFERENCE** |
|---|---|

The Court discusses the following items with counsel: possible consolidation of actions, possible appointment of lead counsel, and a possible transfer case from the Southern District of New York.

The Court continues the Scheduling Conference for all cases, except for CV 11-4450-PG, to **Monday, November 28, 2011 at 2:30pm**, and orders that a joint report be filed by close of business Monday, November 21, 2011.

The Court proceeds to set a briefing schedule in CV 11-4450-PSG as follows:

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings<br>(Doe defendants are dismissed as of cut-off to add parties) | 10-26-11 |
| Discovery Cut-Off: | 05-08-12 |
| Last Day to File Motion: | 05-22-12 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No.: | **CV 11-1802 PSG (PLAx)**<br>**CV 11-3428 PSG (PLAx)**<br>**CV 11-4294 PSG (PLAx)**<br>**CV 11-4450 PSG (PLAx)**<br>**CV 11-5646-PSG (PLAx)**<br>**CV 11-6061-PSG (FMOx)** | Date: | **September 26, 2011** |
|---|---|---|---|
| Title: | **EVAN HIGHTOWER,  ET AL. -VS- WASHINGTON MUTUAL BANK, ET AL.**<br>**KEMAH HENDERSON, ET AL  -VS-  JPMORGAN CHASE BANK, ET AL**<br>**CAROLYN SALAZAR  -VS-  JPMORGAN CHASE & CO., ET AL.**<br>**SIERRA ANN BUELNA  -VS-  JPMORGAN CHASE AND CO., ET AL.**<br>**ROGER AL-CHAIKH  -VS-  JPMORGAN CHASE BANK, NA, ET AL.**<br>**REGINA M SIMPSON ET AL -VS- JPMORGAN CHASE BANK, ET AL.** | | |

| | |
|---|---|
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 05-15-12 |
| Rebuttal Expert Witness Disclosure: | 06-12-12 |
| Expert Discovery Cut-Off: | 07-03-12 |
| Final Pretrial Conference (2:30 p.m.): | 07-31-12 |
| Jury Trial (9:00 a.m.): | 08-14-1 |
| Estimated Length: | 5 days |

Counsel in CV 11-4450-PSG are reminded of their Local Rule 16-15.2 requirements, and their responsibility to file the Settlement Procedure Selection Request and Proposed Order (ADR-01) **within 14 days** from the date of this Order.

| | 0 | : | 17 |
|---|---|---|---|
| Initials of Preparer | | wkh | |