**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 090058)
Louis M. Marlin, Esq. (SBN 54053)
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
louis.marlin@marlinsaltzman.com
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

**LAW OFFICES OF RHEUBAN & GRESEN**
Solomon E. Gresen, Esq. (SBN 164783)
Steven V. Rheuban, Esq. (SBN 48538)
15910 Ventura Boulevard, Suite 1610
Encino, California 91436
Telephone: (818) 815-2727
Facsimile: (818) 815-2737
seg@rglawyers.com
svr@rglawyers.com

Attorneys for Plaintiffs Evan Hightower and Ann Ross

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVAN HIGTOWER and ANN ROSS, individually and on behalf of other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-10, Inclusive,<br><br>Defendants. | **CASE NO. CV11-01802-PSG (PLAx)**<br><br>2:11-cv-04294-PSG-PLAx<br>11-cv-6061-PSG-FMOX<br>11-cv-03428-PSG-PLAx<br>11-cv-08147-PSG-PLAx<br>11-cv-09727-PSG-JC<br><br>Hon. Philip S. Gutierrez<br><br>**CLASS ACTION (FRCP 23)**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION RE: LEADERSHIP ORGANIZATION** |

///

///

///

~~Proposed~~ Order

**ORDER**

Having received and considered the Parties' Joint Stipulation Re: Leadership Organization, it is hereby ordered that:

1. The law firm of Marlin & Saltzman LLP is appointed as liaison counsel for Plaintiffs. Plaintiffs' liaison counsel is designated as the counsel for all Plaintiffs and putative class members in all cases upon whom all notices, orders, pleadings, motions, discovery, and memoranda shall be served.  Plaintiffs' liaison counsel is authorized to: (a) receive orders, notices, correspondence, and telephone calls from the court and the clerk of the court on Plaintiffs' behalf, (b) prepare and transmit copies of such orders and notices on Plaintiffs' behalf, (c) receive orders and notices from the Court, and shall: (d) maintain complete files with copies of all documents served upon them and make such files available to all Plaintiffs' counsel, and (e) maintain and make available to all counsel and the court an up-to-date service list.

2. The law firms of Marlin & Saltzman LLP, Law Office of Rheuban & Gresen, Seeger Weiss, LLP and Initiative Legal Group APC are appointed as Co-Lead Counsel for all Plaintiffs and putative class members who held or currently hold the position of "teller", including opt-in plaintiffs, in the actions consolidated by this Court.  In this capacity, Plaintiffs' Co-Lead Counsel shall jointly have the following duties during all phases of this litigation for this portion of the putative Class:

    (a) to organize and supervise the efforts of Plaintiffs' counsel in a manner to ensure that the pretrial and trial preparation for Plaintiffs is conducted effectively, efficiently, expeditiously, and economically;

(b) to delegate work responsibilities and monitor the activities of Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

(c) to speak on behalf of Plaintiffs at all court conferences and hearings;

(d) to initiate and conduct discussions and negotiations with counsel for Defendant on all matters, including settlement;

(e) to determine the position of Plaintiffs on all matters arising during the litigation and present such position orally and/or in writing to the court and opposing parties;

(f) to consult with and employ experts, as necessary, for Plaintiffs;

(g) to coordinate the initiation of and conduct discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories and requests for production of documents, the organization and review of documents produced by Defendant and non-parties, and the examination of witnesses via deposition;

(h) to receive and initiate communication with the Court and the Clerk of Court, including receiving orders, notices, correspondence and telephone calls;

(i) to be the primary contact for all communications between Plaintiffs and Defendant;

(j) to perform such other duties as are necessary in connection with the prosecution of this litigation;

(k) to coordinate the preparation and presentation of all of Plaintiffs' claims and coordinate all proceedings; and

(l) to encourage full cooperation and efficiency among all Plaintiffs' counsel; and

(m) to assess Plaintiffs' counsel for the costs of the litigation.

3. Marlin & Saltzman and the Law Office of Rheuban & Gresen

shall serve as Co-Lead Counsel as to both the FLSA and California state law claims of Plaintiffs and putative class members who hold or held the position of "personal banker". In this capacity, Marlin & Saltzman and the Law Office of Rheuban & Gresen shall have the following duties during all phases of this litigation for this portion of the putative Class:

(a) to organize and supervise the efforts of Plaintiffs' counsel in a manner to ensure that the pretrial and trial preparation for Plaintiffs is conducted effectively, efficiently, expeditiously, and economically;

(b) to delegate work responsibilities and monitor the activities of Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

(c) to speak on behalf of Plaintiffs at all court conferences and hearings;

(d) to initiate and conduct discussions and negotiations with counsel for Defendant on all matters, including settlement;

(e) to determine the position of Plaintiffs on all matters arising during the litigation and present such position orally and/or in writing to the court and opposing parties;

(f) to consult with and employ experts, as necessary, for Plaintiffs;

(g) to coordinate the initiation of and conduct discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories and requests for production of documents, the organization and review of documents produced by Defendant and non-parties, and the examination of witnesses via deposition;

(h) to receive and initiate communication with the Court and the Clerk of Court, including receiving orders, notices, correspondence and telephone calls;

(i) to be the primary contact for all communications between Plaintiffs and Defendant;

    (j) to perform such other duties as are necessary in connection with the prosecution of this litigation;

    (k) to coordinate the preparation and presentation of all of Plaintiffs' claims and coordinate all proceedings; and

    (l) to encourage full cooperation and efficiency among all Plaintiffs' counsel; and

    (m) to assess Plaintiffs' counsel for the costs of the litigation.

    4. The law firms of Joseph, Herzfeld, Hester & Kirschenbaum LLP and Harrison, Harrison & Associates, Ltd are appointed and shall serve as Co-Lead Counsel as to the New York state law claims of Plaintiffs and putative Class members. In this capacity, the law firms of Joseph, Herzfeld, Hester & Kirschenbaum LLP and Harrison, Harrison & Associates, Ltd. shall have the following duties during all phases of this litigation for this portion of the putative Class:

    (a) to organize and supervise the efforts of Plaintiffs' counsel in a manner to ensure that the pretrial and trial preparation for Plaintiffs is conducted effectively, efficiently, expeditiously, and economically;

    (b) to delegate work responsibilities and monitor the activities of Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

    (c) to speak on behalf of Plaintiffs at all court conferences and hearings;

    (d) to initiate and conduct discussions and negotiations with counsel for Defendant on all matters, including settlement;

    (e) to determine the position of Plaintiffs on all matters arising during the litigation and present such position orally and/or in writing to the court and opposing parties;

    (f) to consult with and employ experts, as necessary, for Plaintiffs;

(g) to coordinate the initiation of and conduct discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories and requests for production of documents, the organization and review of documents produced by Defendant and non-parties, and the examination of witnesses via deposition;

(h) to receive and initiate communication with the Court and the Clerk of Court, including receiving orders, notices, correspondence and telephone calls;

(i) to be the primary contact for all communications between Plaintiffs and Defendant;

(j) to perform such other duties as are necessary in connection with the prosecution of this litigation;

(k) to coordinate the preparation and presentation of all of Plaintiffs' claims and coordinate all proceedings; and

(l) to encourage full cooperation and efficiency among all Plaintiffs' counsel; and

(m) to assess Plaintiffs' counsel for the cost of the litigation.

5. All Plaintiffs' counsel shall keep contemporaneous records of their time and expenses devoted to this matter. Those records shall reflect the date the legal service was rendered or expenses incurred, the nature of the service or expense, and number of hours consumed by the service or the amount of the expense. These records for the preceding month shall be submitted in summary form by the end of each month to Marlin & Saltzman LLP and to Initiative Legal Group APC. No Plaintiffs' counsel shall incur an expense to be reimbursed from Plaintiffs' assessment fund in excess of $1500 without first obtaining the consent of one of Plaintiffs' Co-Lead Counsel. Failure to comply with this rule may render the expenses non-reimbursable, at the discretion of Co-Lead Counsel.

6. Any discussions of a settlement that would affect any claims brought in this litigation, other than claims of an individual plaintiff or class member, must be conducted by Plaintiffs' Co-Lead Counsel. Any proposed settlement that resolves, in whole or in part, the claims brought in this action shall first be subject to review and approval by the Court in this litigation.

IT SO ORDERED.

DATED: December 28, 2011

PHILIP S. GUTIERREZ
Philip S. Gutierrez
United States District Judge