UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN HIGHTOWER and ANN ROSS, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1 - 10, inclusive,<br><br>Defendants.<br><br>CAROLYN SALAZAR, ROGER AL-CHAIKH, and ESTELLA SLIKKER, individually, and on behalf of all other members of the general public similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 11-CV-01802- PSG-PLAx<br><br>Hon. Paul L. Abrams<br><br>**[PROPOSED ]** ORDER RE: JOINT STIPULATION TO EXTEND DEADLINE FOR PRODUCING SAMPLING OF TRANSACTION RECORDS FOR NATIONWIDE NON-EXEMPT EMPLOYEES |

| | |
|---|---|
| 1 | REGINA M. SIMPSON and REGINA STURDIVANT, individually, on behalf of themselves, all other similarly situated, and on behalf of the general public; |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| | vs. |
| 5 | |
| 6 | JPMORGAN CHASE BANK, a New York corporation; JPMORGAN CHASE & CO., a Delaware corporation; CHASE HOME FINANCE LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| | Defendants. |
| 10 | |
| 11 | DENNIS KHUTORETSKY, MIKHAIL LIRMAN, BORIS SHULMAN, MARLENA GELBART, and MALCOLM SWEET, on behalf of themselves and all other similarly situated, |
| 12 | |
| 13 | |
| 14 | Plaintiffs, |
| | vs. |
| 15 | |
| 16 | J.P. MORGAN CHASE & CO., and J.P. MORGAN CHASE BANK, N.A., |
| 17 | Defendants. |
| 18 | TANESHA GUNN, on behalf of herself and all other similarly situated, |
| 19 | |
| 20 | Plaintiff, |
| | vs. |
| 21 | |
| 22 | J.P. MORGAN CHASE & CO., and J.P. MORGAN CHASE BANK, N.A., |
| 23 | Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MICHELLE T. NGUYEN, an individual, on behalf of herself, and on behalf of all others similarly situated, |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | J.P. MORGAN CHASE BANK, N.A., an unknown business entity, and DOES 1 through 100, inclusive |
| 6 | |
| 7 | Defendants. |

1  The Court, having considered all papers submitted concerning Plaintiffs Evan Hightower, Ann Ross, Carolyn Salazar, Roger Al-Chaikh, Estela Slikker, Regina M. Simpson, Regina Sturdivant, Dennis Khutoretsky, Mikhail Lirman, Boris Shulman, Marlena Gelbart, Malcolm Sweet, Tanesha Gunn, and Michelle T. Nguyen (collectively, "Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), joint stipulation to extend the date for Defendant to produce data showing every transaction performed as of February 17, 2008, by a 5% sample of the putative class (the "transaction data") pursuant to the Court's Discovery Order of July 30, 2012 ("Discovery Order"), and finding good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

**1.**  The Court sets December 21, 2012, as the date by which Defendant will produce the transaction data for the 5% sample of putative class members pursuant to the Order.

**IT IS SO ORDERED.**

DATED: November 8, 2012

_____
The Honorable Paul L. Abrams
United States Magistrate Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

1  [PROPOSED] ORDER