1  **MARLIN & SALTZMAN, LLP**
   Marcus J. Bradley, Esq. (SBN 174156)
2  Kiley L. Grombacher, Esq. (SBN 245960)      E-FILED 10/03/14
   29229 Canwood Street, Suite 208
3  Agoura Hills, California  91301-1555
   Telephone:  (818) 991-8080
4  Facsimile:    (818) 991-8081
   mbradley@marlinsaltzman.com
5  kgrombacher@marlinsaltzman.com

6  Attorneys for Plaintiffs Evan Hightower, Ann Ross,
   Regina M. Simpson and Regina Sturdivant
7
   *(Additional Plaintiffs' Counsel on next page)*
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

| EVAN HIGHTOWER and ANN ROSS, individually and on behalf of all other individuals similarly situated, | Case No. 11-CV-01802 PSG (PLAx) |
|---|---|
| | **CLASS ACTION** |
| Plaintiff, | **11-CV-04294-PSG (PLAX)** |
| vs. | **11-CV-06061-PSG (PLAX)** |
| | **11-CV-03428-PSG (PLAX)** |
| JPMORGAN CHASE BANK, N.A., and DOES 1-10, inclusive, | **11-CV-08147-PSG (PLAX)** |
| | **11-CV-09727-PSG (PLAX)** |
| Defendants. | **12-CV-00833-PSG (PLAX)** |
| | **11-CV-04450-PSG (PLAX)** |
| | **11-CV-05646-PSG (PLAX)** |
| | **11-CV-08217-PSG (PLAX)** |
| | **12-CV-04752-PSG (PLAX)** |
| | **12-CV-00367-PSG (PLAX)** |
| | **12-CV-03308-PSG (PLAX)** |
| | **[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF DEADLINE FOR FILING OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

[PROPOSED] ORDER GRANTING JOINT REQUEST
FOR CONTINUANCE OF DEADLINE FOR FILING OF
PLAINTIFFS' MOTION
CASE NO. 11-CV-01802 PSG (PLAX)

DB2/ 25327285.1

*Additional Plaintiffs' Counsel*

**LAW OFFICES OF RHEUBAN & GRESEN**
Solomon E. Gresen, Esq. (SBN 164783)
Steven V. Rheuban, Esq. (SBN 48538)
15910 Ventura Blvd., Suite 1610
Encino, California 91436
Telephone: (818) 815-2727
Facsimile: (818) 815-2737
seg@rglawyers.com
svr@rglawyers.com
Attorneys for Plaintiffs Evan Hightower, Ann Ross, Regina M. Simpson and Regina Sturdivant

**SEEGER WEISS LLP**
Jonathan Shub, Esq. (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
jshub@seegerweiss.com

**SULLIVAN LAW GROUP, LLP**
William B. Sullivan, Esq. (SBN 171637)
Eric K. Yaeckel, Esq. (SBN 274608)
2330 Third Avenue
San Diego, California 92101
Telephone: (619) 702-6760
Facsimile: (619) 702-6761
yaeckel@sullivanlawgroupllp.com
Attorneys for Plaintiffs Carolyn Salazar and Roger Al-Chaikh

**CAPSTONE LAW APC**
Raul Perez, Esq. (SBN 174687)
Rebecca Labat, Esq. (SBN _)
Matthew T. Theriault, Esq. (SBN _)
Melissa Grant, Esq. (SBN 205633)
Suzy E. Lee, Esq. (SBN 271120)
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
raul.perez@capstonelawyers.com
mgrant@initiativelegal.com
Suzy.lee@capstonelawyers.com
Attorneys for Plaintiffs Carolyn Salazar, Roger Al-Chaikh, and Estella Slikker

**JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP**
D. Maimon Kirschenbaum, Esq. (*Admitted Pro Hac Vice*)
Denise Schulman, Esq. (*Admitted Pro Hac Vice*)
233 Broadway, 5th Floor
New York, New York 10279
Telephone: (212) 688-5640
Facsimile: (212) 688-2548

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF DEADLINE FOR FILING OF PLAINTIFFS' MOTION)

| | |
|---|---|
| 1 | |
| 2 | maimon@jhllp.com<br>denise@jhllp.com |
| 3 | |
| 4 | **HARRISON, HARRISON & ASSOCIATES, LTD.**<br>David Harrison, Esq. *(Admitted Pro Hac Vice)*<br>110 Highway 35, 2nd Floor |
| 5 | Red Bank, New Jersey   07701<br>Telephone:  (888) 239-4410 |
| 6 | Facsimile:    (718) 799-9171<br>nycotlaw@gmail.com |
| 7 | |
| 8 | **MICHAEL MALK LAW OFFICES**<br>Michael Malk, Esq. (SBN 222366)<br>1180 S. Beverly Drive, Suite 610 |
| 9 | Los Angeles, California   90035<br>Telephone:  (310) 203-0016 |
| 10 | Facsimile:    (310) 499-5210<br>mm@malklawfirm.com |
| 11 | Attorneys for Plaintiffs Dennis Khutoretsky,<br>Mikhail Lirman, Boris Shulman , Marlena Gelbart, |
| 12 | Malcolm Sweet, and Tanesha Gunn |
| 13 | **QUINTILONE AND ASSOCIATES**<br>Richard E. Quintilone II, Esq. |
| 14 | Jesse Monroe Bablove, Esq.<br>22974 El Toro Road, Suite 100 |
| 15 | Lake Forest, California   92630-4961<br>Telephone:  (949) 458-9675 |
| 16 | Facsimile:    (949) 458-9679<br>req@quintlaw.com |
| 17 | jmb@quintlaw.com |
| 18 | **JOHN D. TRIEU LAW OFFICES**<br>John D. Trieu, Esq. |
| 19 | 9211 Bolsa Avenue, Suite 222<br>Westminster, California   92683 |
| 20 | Telephone:  (714) 893-6710<br>Facsimile:    (714) 893-6710 |
| 21 | john@trieulaw.com<br>Attorneys for Plaintiff Michelle T. Nguyen |
| 22 | |
| 23 | **MORGAN, LEWIS & BOCKIUS LLP**<br>CARRIE A. GONELL, SBN 257163<br>cgonell@morganlewis.com |
| 24 | JOHN D. HAYASHI, SBN 211077<br>jhayashi@morganlewis.com |
| 25 | ALEXANDER L. GRODAN, SBN 261374<br>agrodan@morganlewis.com |
| 26 | 5 Park Plaza, Suite 1750<br>Irvine, CA  92614 |
| 27 | Tel:  949.399.7000<br>Fax:  949.399.7001 |
| 28 | Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |

After reviewing the Joint Request for Continuance of Deadline for Filing of Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the deadline for the filing of Plaintiffs' Motion for Preliminary Approval of Class and Collective Action settlement is continued from October 3, 2014 to October 8, 2014.

DATED: __10/3/14_____

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United States District Judge