UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#175

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1802 PSG (PLAx) | Date | December 1, 2014 |
|---|---|---|---|
| Title | Evan Hightower, *et al.* v. JPMorgan Chase Bank, N.A. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     Order re: Supplemental Memoranda

     Pending before the Court is Plaintiffs' motion for preliminary approval of a class action settlement. Dkt. # 175. The Court heard oral argument on the motion on December 1, 2014. After considering the supporting papers and the arguments made at the hearing, the Court ORDERS the preparation of the following memoranda to be filed with the Court no later than **January 23, 2015**:

- Confidential memoranda filed under seal from **both parties** detailing their determination of the merits and value of the case, including an explanation as to how the parties negotiated and reached the $12 million Maximum Settlement Amount.
    - This memorandum should provide an estimate of the Net Settlement Amount that will be available to putative Class members after all estimated reductions.

- A memorandum from **Plaintiffs** justifying, both separately and collectively, $3,600,000 in attorneys' fees, incentive awards for Plaintiffs vis-à-vis the estimated recovery to class members of an average of $52, and the reversion clause which sets a floor of 65% of the Net Settlement Amount.

     The hearing for Plaintiffs' motion for preliminary approval is scheduled for **February 9, 2015** at **1:30pm**.

     **IT IS SO ORDERED.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1802 PSG (PLAx) | Date | December 1, 2014 |
|---|---|---|---|
| Title | Evan Hightower, *et al.* v. JPMorgan Chase Bank, N.A. | | |