1
2
3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN HIGHTOWER and ANN ROSS, individually and on behalf of all other individuals similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 11-CV-01802 PSG (PLAx)<br><br>**CLASS ACTION**<br><br>**11-CV-04294-PSG (PLAX)**<br>**11-CV-06061-PSG (PLAX)**<br>**11-CV-03428-PSG (PLAX)**<br>**11-CV-08147-PSG (PLAX)**<br>**11-CV-09727-PSG (PLAX)**<br>**12-CV-00833-PSG (PLAX)**<br>**11-CV-04450-PSG (PLAX)**<br>**11-CV-05646-PSG (PLAX)**<br>**11-CV-08217-PSG (PLAX)**<br>**12-CV-04752-PSG (PLAX)**<br>**12-CV-00367-PSG (PLAX)**<br>**12-CV-03308-PSG (PLAX)**<br><br>Assigned for all Purposes to the Honorable Philip S. Gutierrez<br><br>**SUPPLEMENTAL DECLARATION OF ABEL MORALES WITH RESPECT TO NOTIFICATION AND CLAIMS ADMINISTRATION**<br><br>Date:       August 3, 2015<br>Time:      1:30 p.m.<br>Courtroom:    880 |

I, ABEL E. MORALES, DECLARE AS FOLLOWS:

1. I am employed by CPT Group, Inc. ("CPT"), the Court-appointed class action claims administrator for *Hightower, et al. v. JPMorgan Chase Bank, N.A., et al.*, as the Case Manager. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

2. I submit this Supplemental Declaration to update my prior Declaration dated July 1, 2015.

3. As of the date of this declaration, one thousand seven hundred forty two (1,742) Notice Packets were returned to our office by the Post Office, of which one hundred fourteen (114) had a forwarding address. CPT performed a Skip Trace on the returned Notices in an effort to locate a new address using Accurint, one of the most comprehensive address databases available. It utilizes hundreds of different databases supplied by credit reporting agencies, public records and a variety of other national databases.

4. As a result of either a skip trace, forwarding address, or re-mail requests from Class Members or Counsel, a total of three thousand three hundred ninety eight (3,398) Notice Packets have been re-mailed to-date.

5. As of the date of this declaration, CPT has received a total of thirty two thousand six hundred ninety five (32,695) responses.

6. As of the date of this declaration, CPT has not received any written objections to the settlement

7. As of the date of this declaration, CPT has received one thousand one hundred nine (1,109) valid and timely Opt-Out Forms.

8. As of the date of this declaration, there are eighteen (18) outstanding disputes with regards to the number of workweeks, employment dates and/or employment state provided on their Claim Form. The eighteen (18) outstanding disputes have been forwarded to Defense Counsel for further review.

9. As of the date of this declaration, there are three hundred fifteen (315) invalid claims, due to duplicate claim submissions from the same Class Members.

10. As of the date of this declaration, there are one hundred nine (119) deficient claims. A deficiency letter has been mailed to these Class Members providing instructions as to how to cure the deficient Claim Form.

11. As of the date of this declaration, CPT has received five hundred forty four (544) late forms postmarked between July 3, 2015 and July 29, 2015, of which twenty four (24) are Opt-Out Forms and five hundred twenty (520) are Claim Forms.

12. There are one hundred forty nine thousand four hundred eighty seven (149,487) Class Members who were mailed a Notice Packet. As of the date of this declaration, CPT reports a total of thirty one thousand two hundred forty seven (31,247) Class Members submitted valid Claim Forms (at this time including the deficient and late Claim Forms), representing a total response rate of 20.90% of Class Members.

13. The thirty one thousand two hundred forty seven (31,247) valid claims represent an estimated claimed amount of $2,778,260.03, which equates to 37.75% of the Net Settlement Amount. Pursuant to the terms of the Settlement, in the event that the Class Members do not claim a minimum of 65% of Net Settlement Amount, the difference between the claimed amount and the 65% of the Net Settlement Amount will be distributed pro rata to the Class Members who submitted claims.

14. CPT will charge $499,000.00 in costs associated with the administration of the Settlement. This includes all costs incurred to date, as well estimated costs involved in completing the Settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 30th day of July, 2015 at Irvine, California.

ABEL E. MORALES